IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02091-PSF-PAC

TIMOTHY PRODANOVICH,

    Plaintiff(s),

v.

PAR TECHNOLOGY CORPORATION; and
PAR TECHNOLOGY, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion for Stay of Deadlines [filed August 17, 2005] is **granted in part** as follows:

    The deadlines in this case are stayed until **September 14, 2005**, when the Stipulation for Dismissal is due.

Dated:  August 22, 2005