IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  04-CV-02091 PSF-PAC

TIMOTHY PRODANOVICH,

    Plaintiff,

v.

PAR TECHNOLOGY CORPORATION, and
PARTECH, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice (Dkt. # 37), and the Court being fully advised in the premises, it is, therefore,

    ORDERED as follows:

    1.    That the Stipulation for Dismissal with Prejudice is GRANTED;

    2.    That the plaintiff's complaint and the within action brought by plaintiff be dismissed in their entirety with prejudice, each party to pay its own costs and attorney fees.

    DATED:  September 16, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge